UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-19 and 3:23-cv-80

RACE ENGINES PLUS, LLC,

    Appellant,

vs.

MATTHEW W. SMITH, Chapter 11 Trustee for BK RACING, LLC,

    Appellee.

## ORDER

THIS MATTER is before the Court on Appellant's Motion for Extension of Time, (Doc. No. 3), and the parties' Consent Motion to Consolidate Appeals, (Doc. No. 4), filed jointly by Appellant, Race Engines Plus, LLC, and Appellee, Matthew W. Smith, Sole Manager for BK Racing, LLC. For the reason stated in the motions, the Court finds good cause exists for granting the relief requested therein.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. The Motion for Extension of Time, (Doc. No. 3), is GRANTED;

2. The Appellant's deadline for submitting a Brief and Appendix in this bankruptcy appeal shall be extended for a period of seven (7) days to March 13, 2023.

3. The Consent Motion to Consolidate, (Doc. No. 4), is GRANTED; and

4. The Court consolidates 3:23-cv-19 and 3:23-cv-80, and the first filed case of 3:23-cv-19 shall be treated as the lead matter.

IT IS SO ORDERED.

Signed: March 6, 2023

Frank D. Whitney
United States District Judge